A. P. Chamberlain, appellee, v. East St. Louis Yellow Cab Co., appellant.

Heard in this court at the October term, 1928. Opinion filed February 1, 1929.

Raymond B. Hendricks, for appellant; R. V. Gustin, of counsel.

Clyde D. Miller, for appellee.

Mr. Justice Newhall delivered the opinion of the court.

Benjamin Harrison, by Elmer Harrison, his father and next friend, appellee, v. E. N. Langston, appellant, and Thomas Romaine.

Heard in this court at the May term, 1928. Opinion filed February 1, 1929.

Ralph Cook, for appellant. McGlynn & McGlynn, for appellee.

Mr. Justice Newhall delivered the opinion of the court.

L. J. Goeppner, defendant in error, v. Auto Owners Underwriters, plaintiff in error.

Heard in this court at the October term, 1928. Opinion filed February 1, 1929.

E. D. Telford and Miller & Streeter, for plaintiff in error. Holt & Holt and June C. Smith, for defendant in error.

Mr. Justice Wolfe delivered the opinion of the court.

Hazel Rettle, appellee, v. East St. Louis & Suburban Railway Co., appellant.

Heard in this court at the October term, 1928. Opinion filed February 1, 1929.

Farmer & Klingel, for appellant. Louis J. Grossmann, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

The Kansas & Sidell Railroad Company, appellant, v. B. F. Parker et al., appellees.

Heard in this court at the October term, 1928. Opinion filed February 1, 1929.

Milo D. Yelvington and O'Hair & McClain, for appellant. William E. Isley, for appellees.

Mr. Justice Wolfe delivered the opinion of the court.